# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LEE AUER,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. SACV 11-01411-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: April 18, 2012

                    */s/ John E. McDermott*
                    JOHN E. MCDERMOTT
          UNITED STATES MAGISTRATE JUDGE